**Order Filed on November 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

    Peter F. DeFelice

    Brooke L. DeFelice

Case No.:   17-25333-CMG

Hearing date:

Judge:   Hon. Christine M. Gravelle, U.S.B.J.

# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of ___Joseph J. Rogers___ on behalf of ___the debtors___ seeking an Order Authorizing Entry of a <u>Final</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Peter F. DeFelice  
Brooke L. DeFelice  
     Debtors

Case No. 17-25333-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 08, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db/jdb       +Peter F. DeFelice,   Brooke L. DeFelice,   17 Nottingham Way,   Eastampton, NJ 08060-3276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:  
           Albert Russo    docs@russotrustee.com  
           Joseph J. Rogers    on behalf of Joint Debtor Brooke L. DeFelice jjresq@comcast.net,  
       jjresq1@comcast.net  
           Joseph J. Rogers    on behalf of Debtor Peter F. DeFelice jjresq@comcast.net,   jjresq1@comcast.net  
           Justin Plean    on behalf of Creditor    First Guaranty Mortgage Corporation bkyecf@rasflaw.com,  
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
           Laura M. Egerman    on behalf of Creditor    First Guaranty Mortgage Corporation bkyecf@rasflaw.com,  
       bkyecf@rasflaw.com;legerman@rasnj.com  
           Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation  
       rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                     TOTAL: 7