UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:  Peter F. and Brooke L. DeFelice

Case Number: 17-25333/CMG

Judge: Christine M. Gravelle, JSC

Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER ALLOWING LATE FILING OF CLAIM OF MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY AND AUTHORIZING TRUSTEE TO PAY SAME

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor(s):              Peter and Brooke DeFelice
Case No.:               17-25333
Caption of Order:       **CONSENT ORDER ALLOWING LATE FILING OF CLAIM OF MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY AND AUTHORIZING TRUSTEE TO PAY SAME**

This matter having been brought before the Court by Joseph J. Rogers, Esquire, attorney for the debtors Peter and Brooke DeFelice, at the request of secured creditor, Mount Holly Municipal Utilities Authority, for an order allowing the payment of a secured proof of claim made after the bar date; and

WHEREAS, the Debtors proposed payment of the secured claim of the Mount Holly Municipal Utilities Authority in their confirmed Chapter 13 plan;

IT IS ORDERED and ADJUDGED that:

Claim 15-1 filed by the Mount Holly Municipal Utilities Authority on January 29, 2018 in the amount of $1,233.66 inclusive of charges and interest projected over the life of the Chapter 13 plan shall be allowed and the Chapter 13 trustee is hereby authorized to pay $1,233.66 as a secured claim through the plan.

The undersigned hereby consent to the form and entry of the foregoing Consent Order.

_____
Joseph J. Rogers, Esquire
Attorney for Debtors

_____
Maureen Ciocca
Senior Billing Clerk
Mount Holly Municipal Utilities Authority