**Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:   Peter F. and Brooke L. DeFelice

Case Number: 17-25333/CMG

Judge: Christine M. Gravelle, JSC

## CONSENT ORDER ALLOWING LATE FILING OF CLAIM OF MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY AND AUTHORIZING TRUSTEE TO PAY SAME

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 23, 2018**

_Honorable Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor(s):         Peter and Brooke DeFelice
Case No.:          17-25333
Caption of Order:  **CONSENT ORDER ALLOWING LATE FILING OF CLAIM OF MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY AND AUTHORIZING TRUSTEE TO PAY SAME**

This matter having been brought before the Court by Joseph J. Rogers, Esquire, attorney for the debtors Peter and Brooke DeFelice, at the request of secured creditor, Mount Holly Municipal Utilities Authority, for an order allowing the payment of a secured proof of claim made after the bar date; and

WHEREAS, the Debtors proposed payment of the secured claim of the Mount Holly Municipal Utilities Authority in their confirmed Chapter 13 plan;

IT IS ORDERED and ADJUDGED that:

Claim 15-1 filed by the Mount Holly Municipal Utilities Authority on January 29, 2018 in the amount of $1,233.66 inclusive of charges and interest projected over the life of the Chapter 13 plan shall be allowed and the Chapter 13 trustee is hereby authorized to pay $1,233.66 as a secured claim through the plan.

The undersigned hereby consent to the form and entry of the foregoing Consent Order.

_____
Joseph J. Rogers, Esquire
Attorney for Debtors

_____
Maureen Ciocca
Senior Billing Clerk
Mount Holly Municipal Utilities Authority

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-25333-CMG
Peter F. DeFelice                                                       Chapter 13
Brooke L. DeFelice
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1            Date Rcvd: Jul 23, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db/jdb          +Peter F. DeFelice,   Brooke L. DeFelice,   17 Nottingham Way,   Eastampton, NJ 08060-3276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Joseph J. Rogers    on behalf of Joint Debtor Brooke L. DeFelice jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Peter F. DeFelice jjresq@comcast.net, jjresq1@comcast.net
              Justin Plean    on behalf of Creditor    First Guaranty Mortgage Corporation bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    First Guaranty Mortgage Corporation bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 10