Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−25333−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter F. DeFelice
   17 Nottingham Way
   Eastampton, NJ 08060

   Brooke L. DeFelice
   aka Brooke Evans, aka Brook L. DeFelice
   17 Nottingham Way
   Eastampton, NJ 08060

Social Security No.:
   xxx−xx−4295

   xxx−xx−8523

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/15/20 at 09:00 AM

to consider and act upon the following:

*42* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/2/2020. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/3/20

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court