UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on January 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Peter F. DeFelice
Brooke L. DeFelice

Debtor(s)

Case No.: 17-25333 / CMG

Hearing Date: 01/15/2020

Judge: Christine M. Gravelle

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: January 17, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $11,690.00 paid to date

- Debtor(s) shall remit a lump sum payment of $470.00 to the Trustee by 1/1/20

- Debtor(s) shall remit $534.00 per month to the Trustee for 30 months beginning 2/1/20

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Peter F. DeFelice  
Brooke L. DeFelice  
    Debtors

Case No. 17-25333-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 21, 2020  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.  
db/jdb         +Peter F. DeFelice,    Brooke L. DeFelice,    17 Nottingham Way,    Eastampton, NJ 08060-3276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Brian E Caine     on behalf of Creditor     First Guaranty Mortgage Corporation  
          bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
         Joseph J. Rogers     on behalf of Joint Debtor Brooke L. DeFelice jjresq@comcast.net,  
          jjrogers0507@gmail.com  
         Joseph J. Rogers     on behalf of Debtor Peter F. DeFelice jjresq@comcast.net,  
          jjrogers0507@gmail.com  
         Justin    Plean     on behalf of Creditor     First Guaranty Mortgage Corporation bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Kevin M. Buttery     on behalf of Creditor     First Guaranty Mortgage Corporation  
          bkyefile@rasflaw.com  
         Laura M. Egerman     on behalf of Creditor     First Guaranty Mortgage Corporation bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;legerman@rasnj.com  
         Rebecca Ann Solarz     on behalf of Creditor     First Guaranty Mortgage Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 10