UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on February 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter F. DeFelice and Brooke L. DeFelice

Case No.: 17-25333 CMG

Chapter: 13

Judge: Christine M. Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 3, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ ____400____ for services rendered and expenses in the amount of $____0.00____ for a total of $____400____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____574____ per month for ___18 more___ months to allow for payment of the aforesaid fee.

[ Payments are to commence February 1, 2021. ]