| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964 | **Order Filed on February 3, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Peter F. DeFelice and Brooke L. DeFelice | Case No.: 17-25333 CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 3, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____574_____ per month for ____18 more____ months to allow for payment of the aforesaid fee.

[ Payments are to commence  February 1, 2021. ]

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-25333-CMG |
| Peter F. DeFelice | Chapter 13 |
| Brooke L. DeFelice | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Feb 03, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Peter F. DeFelice, Brooke L. DeFelice, 17 Nottingham Way, Eastampton, NJ 08060-3276

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Joseph J. Rogers | on behalf of Joint Debtor Brooke L. DeFelice jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Debtor Peter F. DeFelice jjresq@comcast.net jjrogers0507@gmail.com |
| Justin Plean | |

District/off: 0312-3    User: admin    Page 2 of 2
Date Rcvd: Feb 03, 2021    Form ID: pdf903    Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor First Guaranty Mortgage Corporation jplean@raslg.com  bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Kevin M. Buttery | on behalf of Creditor First Guaranty Mortgage Corporation bkyefile@rasflaw.com |
| Laura M. Egerman | on behalf of Creditor First Guaranty Mortgage Corporation bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10