Order Filed on March 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 985-4059
Attorney for First Guaranty Mortgage Corporation

In Re:

Peter F. DeFelice
Brooke L. DeFelice

CASE NO.  17-25333-CMG
Chapter:  13
Hearing: March 17, 2021
Judge:  Christine M. Gravelle

### ORDER RESOLVING FIRST GUARANTY MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 25, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Peter F. DeFelice and Brooke L. DeFelice
Case No:  17-25333-CMG
Caption of Order:  Order Resolving First Guaranty Mortgage Corporation's Motion for Relief from Stay

---

Upon consideration of First Guaranty Mortgage Corporation, its successors and/or assigns, (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Since the filing of the motion, the Debtors made a payment to Movant in the amount of $4,000.00 on or about January 26, 2021.

2. Since the filing of the motion, the Debtors made an additional payment to Movant in the amount of $25,000.00 on or about February 11, 2021.

3. As of March 8, 2021, the post-petition arrears was reduced to $28,268.65 and the Debtors were due for the regular monthly payments each due January 1, 2020 through and including the March 1, 2021 post-petition payment.

4. On or about March 15, 2021, the Debtors made a payment to Movant in the amount of $21,000.00.  If said funds clear the check negotiation process, it would reduce the post-petition arrears to $7,268.65.

5. If said $21,000.00 payment does not clear the check negotiation process (c/k/a "bounced check," NSF, etc), then Movant may immediately certify default with the court, and not subject to the 30-day waiting period.

6. The Debtors shall cure said remaining post-petition arrears of $7,268.65 by March 31, 2021.

7. The Debtors shall bring the account current, post-petition by March 31, 2021.

(Page 3)

Debtor:   Peter F. DeFelice and Brooke L. DeFelice
Case No:  17-25333-CMG
Caption of Order:  Order Resolving First Guaranty Mortgage Corporation's Motion for Relief from Stay

___

8. Commencing with the April 1, 2021 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

9. Debtors shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $1,038.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

10. **Thirty-Day Default Clause:**  If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon Certification of Default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 17 Nottingham Way, Eastampton, NJ 08060.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-25333-CMG |
| Peter F. DeFelice | Chapter 13 |
| Brooke L. DeFelice | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Peter F. DeFelice, Brooke L. DeFelice, 17 Nottingham Way, Eastampton, NJ 08060-3276 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Joseph J. Rogers | on behalf of Joint Debtor Brooke L. DeFelice jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Debtor Peter F. DeFelice jjresq@comcast.net  jjrogers0507@gmail.com |
| Justin Plean | |

| | |
|---|---|
| | on behalf of Creditor First Guaranty Mortgage Corporation jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Kevin M. Buttery | |
| | on behalf of Creditor First Guaranty Mortgage Corporation bkyefile@rasflaw.com |
| Laura M. Egerman | |
| | on behalf of Creditor First Guaranty Mortgage Corporation bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10