| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Joseph J. Rogers, Esquire(JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>856-228-7964 | **Order Filed on March 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Peter F. DeFelice and Brooke L. DeFelice | Case No: 17-25333<br>Chapter: 13<br>Hearing Date:<br>Judge: CMG |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 17 Nottingham Way Eastampton, NJ 08060

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Midland Funding
b. Current Assignee: unknown
c. Current Servicer: n/a
d. Date of Mortgage/Lien: 02/18/2016  DC007511-15
e. Date of Recordation: n/a   VJ-000867-16
f. Place of Recordation: Superior Court of NJ Burlington County Special Civil Part
   i. Mortgage Book: n/a
   ii. Page: n/a
g. Original Principal Balance of Mortgage/Lien: $ 932.05

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*