| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Joseph J. Rogers, Esquire(JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>856-228-7964 | Order Filed on March 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Peter F. DeFelice and Brooke L. DeFelice | Case No: 17-25333<br>Chapter: 13<br>Hearing Date:<br>Judge: CMG |

### ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ MORTGAGE    ☒ LIEN    ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 17 Nottingham Way Eastampton, NJ 08060

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Virtua Memorial Hospital Burlington
b. Current Assignee: unknown
c. Current Servicer: n/a
d. Date of Mortgage/Lien: 03/22/2017   DC-006585-16
e. Date of Recordation: n/a C
f. Place of Recordation: Superior Court of NJ Burlington County Special Civil Part
   i. Mortgage Book: n/a
   ii. Page: n/a
g. Original Principal Balance of Mortgage/Lien: $ 1,761.80

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-25333-CMG |
| Peter F. DeFelice | Chapter 13 |
| Brooke L. DeFelice | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Peter F. DeFelice, Brooke L. DeFelice, 17 Nottingham Way, Eastampton, NJ 08060-3276 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor Carrington Mortgage Services  LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Joseph J. Rogers | on behalf of Debtor Peter F. DeFelice jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | |

on behalf of Joint Debtor Brooke L. DeFelice jjresq@comcast.net jjrogers0507@gmail.com

Justin Plean
   on behalf of Creditor First Guaranty Mortgage Corporation jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Kevin M. Buttery
   on behalf of Creditor First Guaranty Mortgage Corporation kbuttery@moodklaw.com

Laura M. Egerman
   on behalf of Creditor First Guaranty Mortgage Corporation bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Rebecca Ann Solarz
   on behalf of Creditor First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11