| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Peter F. DeFelice<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4295<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Brooke L. DeFelice<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8523<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–25333–CMG | | |

## Order of Discharge                                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter F. DeFelice                                   Brooke L. DeFelice
                                                    aka Brooke Evans, aka Brook L. DeFelice

5/17/22                                             **By the court:** Christine M. Gravelle
                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Peter F. DeFelice  
Brooke L. DeFelice  
    Debtors

Case No. 17-25333-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: May 17, 2022      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter F. DeFelice, Brooke L. DeFelice, 17 Nottingham Way, Eastampton, NJ 08060-3276 |
| 516971651 | + | ARS/Account Resolution Specialist, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 516971647 | + | Advocare Ped Physicians Of Bur, 693 Main Street Building D, PO Box 367, Lumberton, NJ 08048-0367 |
| 516971649 | + | Amcol Clmbia, Po Box 21625, Columbia, SC 29221-1625 |
| 516971650 | + | Apex Asset, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517181412 | + | Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 516971656 | + | Center For Family Guidance, 116 Burrs Road, Westampton, NJ 08060-4405 |
| 516971659 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Suite 113E, Syosset, NY 11791-4401 |
| 516971660 | + | Emerg Phy Assoc Of S Jersey PC, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 516971661 | + | Endodontics Limited PA, 1104 U.S. 130, Cinnaminson, NJ 08077-3032 |
| 517581283 | | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517581284 | + | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services 92619-2708 |
| 517200101 | + | First Guaranty Mortgage Corporation, Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006-3357 |
| 516971663 | + | Freeman & Mintz PA, 34 Tanner Street, Haddonfield, NJ 08033-2482 |
| 516971664 | + | Gladys DeFelice, 22 Texas Blvd., Manchester Township, NJ 08759-1435 |
| 516971667 | + | Larchmont Imaging Associates, 1295 Route 38 West, Hainseport, NJ 08036-2702 |
| 516971669 | | Matossian Eye Associates, Two Capital Way Ste. 326, Pennington, NJ 08534-2521 |
| 516971672 | + | NJM Insurance, 301 Sullivan Way PO Box 428, Trenton, NJ 08628-0227 |
| 516971673 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516971676 | + | Premier ENT Associates, 400 Middletown Blvd Suite 100, Langhorne, PA 19047-1819 |
| 516971677 | + | Radiology Associates Of Burlington Count, 1295 Route 38 West, Hainseport, NJ 08036-2702 |
| 516971678 | | Regional Otolaryngology, PO Box 48158, Newark, NJ 07101-8358 |
| 516971679 | + | Regions Bank/greensky, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 516971680 | | The Children Hosppital of Philadelphia, PO Box 787802, Philadelphia, PA 19178-7878 |
| 516971682 | | Virtua Health, PO Box 8500-8267, Philadelphia, PA 19178-8267 |
| 516971683 | + | Virtua Memorial Hospital, 175 Madison Avenue, Mt Holly, NJ 08060-2099 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516971651 | ^ | MEBN | May 17 2022 20:40:45 | ARS/Account Resolution Specialist, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 517027383 | | EDI: GMACFS.COM | May 18 2022 00:43:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 517024105 | | EDI: GMACFS.COM | May 18 2022 00:43:00 | Ally Financial, PO Box 130424, Roseville, MN |

Case 17-25333-CMG  Doc 77  Filed 05/19/22  Entered 05/20/22 00:13:32  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 58 |

| | | | | |
| --- | --- | --- | --- | --- |
| 516971648 | + | EDI: GMACFS.COM | May 18 2022 00:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516971650 | ^ | MEBN | May 17 2022 20:40:27 | Apex Asset, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517138964 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:06 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516971652 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 17 2022 20:42:00 | Berks Credit & Coll, P.o. Box 329, Temple, PA 19560-0329 |
| 516971653 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 17 2022 20:42:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 516971654 | + | Email/Text: LSOLTNER@CAMPBELLCU.ORG | May 17 2022 20:42:00 | Campbell Employees Fcu, Attn:Lynn/Bankruptcy Dept, Po Box 2737, Camden, NJ 08101-2737 |
| 516971655 | + | EDI: CAPITALONE.COM | May 18 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519508390 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 20:41:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5951 |
| 519508389 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 20:41:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5951 |
| 516971657 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 17 2022 20:42:00 | ChexSystems, 7805 Hudson Road Suite 100, Woodbury, MN 55125-1703 |
| 516971658 | + | Email/PDF: creditonebknotifications@resurgent.com | May 17 2022 20:51:05 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 516971659 | ^ | MEBN | May 17 2022 20:40:46 | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Suite 113E, Syosset, NY 11791-4401 |
| 516971662 | | Email/Text: ECF@fayservicing.com | May 17 2022 20:42:00 | Fay Servicing Llc, 939 W North Ave, Chicago, IL 60642 |
| 516984403 | + | Email/Text: RASEBN@raslg.com | May 17 2022 20:42:00 | First Guaranty Mortgage Corporation, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517581283 | | Email/Text: bkenotice@rushmorelm.com | May 17 2022 20:42:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517581284 | + | Email/Text: bkenotice@rushmorelm.com | May 17 2022 20:42:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services 92619-2708 |
| 517158344 | + | Email/Text: bankruptcy@greenskycredit.com | May 17 2022 20:41:00 | Greensky LLC, 1797 N.E. Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 516971665 | + | Email/Text: assetrecovery@hamiltonhorizons.org | May 17 2022 20:42:00 | Hamilton Horizons Fcu, 3535 Quakerbridge Rd, Hamilton, NJ 08619-1250 |
| 516971666 | + | EDI: IIC9.COM | May 18 2022 00:43:00 | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164-0378 |
| 516971668 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:05 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 517126030 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:18 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

(Ally Financial address row also shows "55113-0004" above it)

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517159374 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 20:42:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516971671 | | Email/Text: maureen@MHMUA.COM | May 17 2022 20:42:00 | MT. Holly MUA, 1 Park Dr., P.O. Box 486, Mount Holly, NJ 08060-0486 |
| 516971670 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 20:42:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 516971674 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2022 20:42:00 | Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 516971675 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517098742 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518066134 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518066135 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517095587 | + | EDI: AIS.COM | May 18 2022 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516971681 | + | EDI: VERIZONCOMB.COM | May 18 2022 00:43:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 516971684 | + | Email/Text: bankruptcyxfcu@kinecta.org | May 17 2022 20:41:00 | Xceed Financial Fcu, 888 N Nash St, El Segundo, CA 90245-2826 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First Guaranty Mortgage Corporation, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| Albert Russo | | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | | docs@russotrustee.com |
| Brian E Caine | | on behalf of Creditor Carrington Mortgage Services  LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | | on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Joseph J. Rogers | | on behalf of Joint Debtor Brooke L. DeFelice jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | | on behalf of Debtor Peter F. DeFelice jjresq@comcast.net jjrogers0507@gmail.com |
| Justin Plean | | on behalf of Creditor First Guaranty Mortgage Corporation jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Kevin M. Buttery | | on behalf of Creditor First Guaranty Mortgage Corporation kbuttery@moodklaw.com |
| Laura M. Egerman | | on behalf of Creditor First Guaranty Mortgage Corporation bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | | on behalf of Creditor First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11